IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MARLA GROTHOFF, )
)
       Plaintiff, )
)
v. ) No. 04-4290-CV-C-WAK
)
JEREMIAH W. NIXON, )
)
       Defendant. )

## ORDER

Upon stipulation by the parties and pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, with prejudice. [103] It is further

ORDERED that the Clerk of Court shall mark this case as closed.

Dated this 29th day of July, 2008, at Jefferson City, Missouri.

/s/ *William A. Knox*

WILLIAM A. KNOX
United States Magistrate Judge